Miriam ROSEN et al., Appellants, v. John J. KOUBECK et al., Appellees.

Supreme Court of Florida.

Jan. Term, 1936.

Leo Rosen, of Miami, for appellants.

James M. McCaskill, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

Bunt RUFKIN, Plaintiff in Error, v. Rex SWEAT, as Sheriff of Duval County, Florida, Defendant in Error.

Supreme Court of Florida.

Jan. Term, 1936.

Joseph Wilensky, of Jacksonville, for plaintiff in error.

Cary D. Landis, Atty. Gen., and Roy Campbell, Asst. Atty. Gen., for the State.

PER CURIAM.

Writ of error dismissed on motion of the Attorney General.

Frank D. SANDERS et al., Appellants, v. MURPHY INVESTMENT COMPANY, Appellee.

Supreme Court of Florida.

Jan. Term, 1936.

H. L. Anderson, of Jacksonville, for appellants.

Scofield & Scofield, of Inverness, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee.

Kenny Lee SCOTT, Plaintiff in Error, v. STATE of Florida, Defendant in Error.

Supreme Court of Florida.

Jan. Term, 1936.

Thomas D. Beasley, of De Funiak Springs, and Purl G. Adams, of Crestview, for plaintiff in error.

Cary D. Landis, Atty. Gen., and Roy Campbell, Asst. Atty. Gen., for the State.

PER CURIAM.

Writ of error dismissed on motion of the Attorney General.

R. L. SELDEN and His Wife, Jeanette Selden, et al., Appellants, v. David S. DUNLAP et al., Appellees.

Supreme Court of Florida.

Jan. Term, 1936.

Hull, Landis, & Whitehair, of De Land, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

David SHOLTZ, Governor, et al., Plaintiffs in Error, v. STATE of Florida ex rel. METROPOLITAN LIFE INSURANCE COMPANY, Defendant in Error.

Supreme Court of Florida.

Jan. Term, 1936.

Cary D. Landis, Atty. Gen., and James B. Watson, Asst. Atty. Gen., for plaintiffs in error.

Loftin, Stokes & Calkins, of Miami, for defendant in error.

PER CURIAM.

Writ of error quashed on motion of counsel for defendant in error.